**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **CHRISTOPHER MALONEY**<br>CHIEF PROBATION OFFICER<br><br>**THOMAS S. LARSON**<br>SUPERVISING PROBATION OFFICER | November 3, 2008 | 200 FEDERAL PLAZA<br>ROOM 130<br>P.O. BOX 2097<br>PATERSON, NJ 07509-2097<br>(973) 357-4080<br>FAX: (973) 357-4092<br>www.njp.uscourts.gov |

Honorable William H. Walls
United States District Court
4046 Martin Luther King, Jr. Federal Building
and United States Courthouse
50 Walnut Street
Newark, NJ 07102

                                    **Re: RODRIGUEZ, Jesus**
                                    **Dkt. No.#: 03-560**
                                    **Term of Probation Expiring**
                                    **Outstanding Restitution**

Dear Judge Walls:

On June 1, 2005, Your Honor sentenced the above-referenced offender to 18 months imprisonment followed by a two year term of supervised release for the conviction of Frauds and Swindles in violation of 18 U.S.C. § 1341 & 2. The Court imposed the following special conditions: financial disclosure, no new debt, DNA collection, special assessment of $1200.00, and restitution of $558,673.50. On April 23, 2007, Your Honor signed a modification which required Rodriguez to pay restitution at the rate of $305.00 per month.

The purpose of this letter is to inform Your Honor that the offender's term of supervised release is due to expire on December 21, 2008. However, the offender maintains a restitution balance which will not be paid before the expiration of his supervision term. The offender has paid $6405.00 towards his financial obligations and has been in compliance with his supervision conditions.

Unless Your Honor orders otherwise, this officer recommends the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18 U.S.C. § 3664(o). By copy of this letter, the Financial Litigation Unit of the United States Attorneys Office for the District of New Jersey is notified of the expiration of Mr. Rodriguez's term of supervision. We will make ourselves available should the Court wish to discuss this matter. Should Your Honor request an alternative course of action, please advise.

                                    Respectfully submitted,

                                    CHRISTOPHER MALONEY, Chief
                                    U.S. Probation Officer

                                    By: Dana Hafner
                                    U.S. Probation Officer

/dh

cc: Financial Litigation Unit